# United States District Court

DISTRICT OF MASSACHUSETTS

TRUSTEES OF PIPEFITTERS 537 PENSION FUND, ET AL

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

ALLIED AIR-CONDITIONING, INC.

TO: (Name and Address of Defendant)

Allied Air-Conditioning, Inc.
9 Bartlett Street, Box 264
Andover, MA 01810

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

AUG 3 0 2005

CLERK                    DATE

BY DEPUTY CLERK 

AO 440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | September 19, 2005 |
| NAME OF SERVER  Ronald Bertheim | TITLE  Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 86 Summer St, Haverhill, Ma served in hand to Dennis Spurring (for Registered Agent) Jeffrey Denuzio

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Attempted service at 9 Bartlett St, box 264, and 1.5 Kineza Ave, Haverhill

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $70.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Sept 19, 2005       Ronald Bertheim, Constable
            Date                  Signature of Server

Baystate Constable Service, Inc.
138 Bedford Street
Burlington, MA 01803
(781) 270-7011  (781) 270-4559 f

Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.