UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PIPEFITTERS LOCAL 537 PENSION FUND, ANNUITY FUND and HEALTH & WELFARE FUND<br>　　　Plaintiffs,<br>v.<br><br>ALLIED AIR-CONDITIONING, INC.<br>　　　Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 05-11785-PBS<br>)<br>)<br>)<br>) |

REQUEST FOR NOTICE OF DEFAULT

Plaintiffs respectfully request that the court send a Notice of Default to the defendant, Allied Air Conditioning, Inc , 86 Summer Street, Haverhill, MA 01830 the above-captioned action.  Defendant Allied Air Conditioning, Inc. was served with the complaint on September 19, 2005

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: October 13, 2005　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　Christopher N. Souris
　　　　　　　　　　　　　　　　　　BBO #556343
　　　　　　　　　　　　　　　　　　KRAKOW & SOURIS, LLC
　　　　　　　　　　　　　　　　　　225 Friend Street
　　　　　　　　　　　　　　　　　　Boston, MA 02114
　　　　　　　　　　　　　　　　　　 (617) 723-8440


　　　　　　　　　　　　　　　　　　/s/ Christopher N. Souris　　　　
　　　　　　　　　　　　　　　　　　Attorney for plaintiffs