UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                      Civil Action
                                                     No: 05-11785-PBS

**Trustees of the Pipefitters Local 537 Pension Fund,**

**Annuity Fund and Health & Welfare Fund**
Plaintiff

v.

**Allied Air-Conditioning, Inc.**
Defendant

NOTICE OF DEFAULT

      Upon application of the plaintiff for an Order of Default for failure of the defendant to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant Allied Air-Conditioning, Inc. has been defaulted on October 14, 2005.

                                                   Sarah Thornton
                                                   Clerk

                                                   By: /s/ Robert C. Alba
                                                        Deputy Clerk

Date: October 14, 2005

Notice mailed to counsel of record and defendant(s).