UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                          Civil Action
                                                          No: 05-11785-PBS

**Trustees of the Pipefitters Local 537 Pension Fund,**

**Annuity Fund and Health & Welfare Fund**
Plaintiff

v.

**Allied Air-Conditioning, Inc.**
Defendant

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                         October 14, 2005

      On October 14, 2005, a notice of default was issued as to the defendant Allied Air-Conditioning, Inc. pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before November 14, 2005. Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                                 By the Court,

                                                                 /s/ Robert C. Alba
                                                                 Deputy Clerk