1UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PIPEFITTERS LOCAL 537 PENSION FUND, ANNUITY FUND and HEALTH & WELFARE FUND<br><br>    Plaintiffs,<br>v.<br><br>ALLIED AIR-CONDITIONING, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-11785-PBS<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR ADDITIONAL TIME
TO FILE MOTION FOR DEFAULT JUDGMENT**

Plaintiffs are presently preparing an affidavit of damages to support a motion for entry of a default judgment, but require additional time to prepare the calculation of damages. Accordingly, plaintiffs respectfully request that their time to file a motion be extended to December 19, 2005

Dated: November 29, 2005               Respectfully submitted,

                                       Christopher N. Souris
                                       BBO #556343
                                       KRAKOW & SOURIS, LLC
                                       225 Friend Street
                                       Boston, MA 02114
                                       (617) 723-8440

                                       /s/ Christopher N. Souris_____
                                       Attorney for plaintiffs


CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be mailed this date to Allied Air Conditioning, Inc , 86 Summer Street, Haverhill, MA 01830.

                                       /s/ Christopher N. Souris_____
                                       Christopher N. Souris