UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PIPEFITTERS LOCAL 537 PENSION FUND, ANNUITY FUND and HEALTH & WELFARE FUND<br><br>Plaintiffs,<br>v.<br><br>ALLIED AIR-CONDITIONING, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-11785-PBS<br>)<br>)<br>)<br>) |

### JUDGMENT

SARIS, D.J.

Defendant, Allied Air Conditioning, Inc. having failed to plead or otherwise defend in this action and default having been entered on October 14, 2005;

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $31,962.40, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $320.00, it is hereby

### ORDERED, ADJUDGED AND DECREED:

1. That plaintiffs recover from defendant Allied Air Conditioning, Inc. the sum of $32,282.40 with interest as provided by law.

By the Court,

_____
Deputy Clerk

Dated: 12/23/05